Natalia Vieira Santanna,
CA BAR No. 337502
MI BAR No. P76443
SANTANNA LAW OFFICES
PO Boc 7528, Oakland, CA, 94601
(510) 922-0154 (Telephone)
(510) 903-4211 (Facsimile)
natalia@santannalaw.com (Email)
Attorney for Petitioner-Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.V.I.,<br>        Petitioner-Plaintiff,<br><br>    v.<br><br>Tonya ANDREWS et al.<br><br>        Respondents-Defendants. | Case No. 1:25-cv-01440-JLT-SKO (HC)<br><br>**ORDER ON STIPULATION TO DISMISS WITHOUT PREJUDICE** |

**ORDER**

Petitioner has submitted a joint stipulation by the parties to dismiss the matter without prejudice. (Doc. 14.) Pursuant to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Accordingly, the action is dismissed without prejudice, with each party to bear its own costs, expenses, and fees. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **December 19, 2025**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] **ORDER ON STIPULATION TO DISMISS WITHOUT PREJUDICE** 1